William L. Bowen, Bar No. 229938
*bill@bowennguyen.com*
BOWEN & NGUYEN, LLP
2540 Douglas Boulevard, Suite 200
Roseville, CA 95661
Telephone: (916) 549-2000
Facsimile: (209) 526-1101

Attorneys for Plaintiff
JUSPREET DHALIWAL

Leila Narvid, Bar No. 229402
*ln@paynefears.com*
Matthew C. Lewis, Bar No. 274758
*mcl@paynefears.com*
PAYNE & FEARS LLP
Attorneys at Law
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
GARFIELD BEACH CVS, L.L.C. (d/b/a CVS PHARMACY,
Erroneously sued as CVS HEALTH CORPORATION)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JUSPREET DHALIWAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CVS HEALTH CORPORATION and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-02089-KJM-KJN<br><br>[Placer County Superior Court, Case No. SCV0039509]<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF SETTLEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>State Action Filed:　July 17, 2017<br>Trial Date:　　　　　None<br><br>Settlement Conference<br>　　Judge:　Magistrate Judge Gregory G. Hollows<br>　　Date:　July 5, 2018<br>　　Time:　9:00 a.m.<br>　　Ctrm:　#9, (13th Floor) |

JOINT STIPULATION REQUESTING CONTINUANCE OF SETTLEMENT CONFERENCE
AND [PROPOSED] ORDER

Plaintiff JUSPREET DHALIWAL ("Plaintiff") and Defendant GARFIELD BEACH CVS, L.L.C. (d/b/a CVS PHARMACY, erroneously sued as CVS HEALTH CORPORATION ("Defendant") hereby submit the following Joint Stipulation Requesting Continuance of Settlement Conference:

1. In its April 3, 2018 Status (PreTrial Scheduling) Order, the Court scheduled a Settlement Conference with Magistrate Judge Gregory G. Gallows for July 5, 2018, at 9:00 a.m.

2. Due to previously scheduled travel plans, defense counsel Leila Narvid is not available on that day. The parties, through their counsel, have subsequently agreed to continue the Conference, subject to the Court's approval.

3. The Parties and their counsel are available for the Conference on July 18, 19, 20, 24, 25, 26 or 27, 2018.

NOW, THEREFORE, Plaintiff and Defendant, by and through their counsel of record, hereby agree and request that the Court continue the Settlement Conference, to be re-set for one of the dates listed herein, subject to the availability of the Court.

DATED: April 17, 2018    BOWEN & NGUYEN, LLP

By: */s/ William L. Bowen*
WILLIAM L. BOWEN

Attorneys for Plaintiff
JUSPREET DHALIWAL

DATED: April 17, 2018    PAYNE & FEARS LLP

By: */s/ Leila Narvid*
LEILA NARVID
MATTHEW C. LEWIS

Attorneys for Defendant
GARFIELD BEACH CVS, L.L.C.
(d/b/a CVS PHARMACY, erroneously sued as CVS HEALTH CORPORATION)

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Settlement Conference be continued until **July 18, 2018 at 9:00 a.m.**

Dated: April 24, 2018

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE

**ATTESTATION OF E-FILED SIGNATURE**

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE POST STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
(415) 398-7860

I, Leila Narvid, am the ECF User whose ID and password are being used to file this Joint Stipulation Requesting Continuance of Settlement Conference and [Proposed] Order. I hereby attest that William L. Bowen, Esq. has read and approved this Joint Stipulation and consents to its filing in this action.

DATED: April 17, 2018  PAYNE & FEARS LLP

By: */s/ Leila Narvid*
LEILA NARVID

Attorneys for Defendant
GARFIELD BEACH CVS, L.L.C.
(d/b/a CVS PHARMACY, erroneously sued as CVS HEALTH CORPORATION)

4825-3820-5538.1

# PROOF OF SERVICE

*Juspreet Dhaliwal vs. CVS Health Corporation, et al.*
**U.S. District Court – Eastern District (Sacramento Division)
Case No. 2:17-cv-02089-KJM-KJN**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Post Street, Suite 1000, San Francisco, CA 94104.

On April 17,_2018, I served true copies of the following document(s) described as **JOINT STIPULATION REQUESTING CONTINUANCE OF SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| William L. Bowen, Esq.<br>BOWEN & NGUYEN, LLP<br>2540 Douglas Boulevard, Suite 200<br>Roseville, CA 95661<br>Telephone: (916) 549-2000<br>Facsimile: (209) 526-1101<br>Email: *bill@bowennguyen.com* | Attorneys for Plaintiff<br>JUSPREET DHALIWAL |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2018, at San Francisco, California.

*/s/ Marcie Koyle*
Marcie Koyle

[Dhaliwal] Joint Stipulation Requesting Continuance of Sett Conf and Proposed Order.docx

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE POST STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
(415) 398-7860

-5-
JOINT STIPULATION REQUESTING CONTINUANCE OF SETTLEMENT CONFERENCE
AND [PROPOSED] ORDER